McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

DARNELL RAY OWENS,

              Defendant.

CASE NO. 2:19-CR-0058 TLN

18 U.S.C. § 876(c) – Mailing Threatening Communications (Three Counts); 18 U.S.C. § 1038(a) – False Information and Hoaxes (Two Counts); 18 U.S.C. § 1028A – Aggravated Identity Theft (Two Counts)

## INDICTMENT

COUNT ONE: [18 U.S.C. § 876(c) – Mailing Threatening Communications]

    The Grand Jury charges: T H A T

    DARNELL RAY OWENS,

defendant herein, on or about July 10, 2018, in the County of Sacramento, State and Eastern District of California, did knowingly deposit in a post office and in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication addressed to Person 1, a natural person, sent to the First Baptist Church Dallas, P.O. Box 223609, Dallas, TX 75222, containing a threat to injure Person 1, the pastor for the First Baptist Church Dallas, with the intent to threaten Person 1 and with knowledge that the communication would be viewed as a threat. Specifically, the letter stated in part,

> I will assassinate your pastor in the name of Allah, I will burn down Christian churches . . . This is a threat.

1  In violation of Title 18, United States Code, Section 876(c).

2  COUNT TWO: [18 U.S.C. § 876(c) – Mailing Threatening Communications]

3  The Grand Jury further charges: T H A T

4  DARNELL RAY OWENS,

5  defendant herein, on or about October 20, 2018, in the County of Sacramento, State and Eastern District

6  of California, did knowingly deposit in a post office and in an authorized depository for mail matter, to

7  be sent and delivered by the United States Postal Service, and caused to be delivered by the Postal

8  Service according to the directions thereon, a communication addressed to Person 2, Person 3, Person 4,

9  and Person 5, natural persons, sent to KTXL FOX40, 4655 Fruitridge Road, Sacramento, CA 95820,

10  containing threats to injure Person 2, Person 3, Person 4, and Person 5, employees of KTXL FOX40,

11  with the intent to threaten Person 2, Person 3, Person 4, and Person 5 and with knowledge that the

12  communication would be viewed as a threat. Specifically, the letter stated in part,

> I am also going to kill [Person 2], [Person 3], [Person 4], [Person 5] Etc. Allah has commanded me to burn down the news station with fire and murder anyone who comes out with a gun. . . This is a threat and a promise.

16  In violation of Title 18, United States Code, Section 876(c).

17  COUNT THREE: [18 U.S.C. § 876(c) – Mailing Threatening Communications]

18  The Grand Jury further charges: T H A T

19  DARNELL RAY OWENS,

20  defendant herein, on or about March 14, 2019, in the County of Sacramento, State and Eastern District

21  of California, did knowingly deposit in a post office and in an authorized depository for mail matter, to

22  be sent and delivered by the United States Postal Service, and caused to be delivered by the Postal

23  Service according to the directions thereon, a communication addressed to Elected Official 1, a natural

24  person, sent to an address associated with Elected Official 1, containing a threat to injure Elected

25  Official 1, with the intent to threaten Elected Official 1 and with knowledge that the communication

26  would be viewed as a threat. Specifically, the letter stated in part,

> Dear [Elected Official 1] ([Elected Official's Title]) . . . I knew you was going to not charge those corrupt racist cops. You have failed this city and the people. So I am making a threat on your life, I will assassinate

you with a bullet to your head, you will not survive I will watch your body shake as the life in you leaves.

In violation of Title 18, United States Code, Section 876(c).

COUNT FOUR: [18 U.S.C. § 1038(a) – False Information and Hoaxes]

The Grand Jury further charges: T H A T

DARNELL RAY OWENS,

defendant herein, on or about July 10, 2018, in the County of Sacramento, State and Eastern District of California, did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, to wit, possession and transfer of a biological agent or toxin for use as a weapon in violation of section 175(a). Specifically, the defendant mailed to Dallas, Texas an envelope addressed to the First Baptist Church Dallas containing a white powdery substance and a letter threatening to assassinate the pastor of the church. All in violation of Title 18, United States Code, Section 1038(a)(1).

COUNT FIVE: [18 U.S.C. § 1038(a) – False Information and Hoaxes]

The Grand Jury further charges: T H A T

DARNELL RAY OWENS,

defendant herein, on or about August 1, 2018, in the County of Sacramento, State and Eastern District of California, did intentionally convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, to wit, possession and transfer of a biological agent or toxin for use as a weapon in violation of section 175(a). Specifically, the defendant mailed to Sacramento, California an envelope addressed to the Sacramento County Department of Revenue Recovery, containing a white powdery substance and a letter containing threatening statements. All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

///

COUNT SIX: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The Grand Jury further charges: T H A T

DARNELL RAY OWENS,

defendant herein, on or about July 10, 2018, in the County of Sacramento, State and Eastern District of California, knowingly possessed and used, without lawful authority a means of identification belonging to another person, to wit, the names of Person 6, during and in relation to felony violations of Title 18, United States Code, Section 1038(a), all in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT SEVEN: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The Grand Jury further charges: T H A T

DARNELL RAY OWENS,

defendant herein, on or about August 1, 2018, in the County of Sacramento, State and Eastern District of California, knowingly possessed and used, without lawful authority a means of identification belonging to another person, to wit, the names of Person 7, during and in relation to felony violations of Title 18, United States Code, Section 1038(a), all in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

INDICTMENT

4

No. 2:19-CR-0058 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

DARNELL RAY OWENS

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 876(c) – Mailing Threatening Communications (Three Counts); 18 U.S.C. § 1038(a) – False Information and Hoaxes (Two Counts); 18 U.S.C. § 1028A – Aggravated Identity Theft (Two Counts)

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 20 *day of* March *, A.D. 20* 19

*Clerk*

Bail, $ _____ **NO PROCESS NECESSARY**

GPO 863 525

2:19 - CR - 0058 TLN

## United States v. Darnell Ray OWENS
**Penalties for Indictment**

### COUNTS 1-3:

VIOLATION: 18 U.S.C. § 876(c) — Mailing Threatening Communications

PENALTIES: Not more than five (5) years in prison,
Not more than $250,000 fine, or both;
Not more than three (3) year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNTS 4-5:

VIOLATION: 18 U.S.C. § 1038(a) — False Information and Hoaxes

PENALTIES: Not more than five (5) years in prison,
Not more than $250,000 fine, or both;
Not more than three (3) year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNTS 6-7:

VIOLATION: 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

PENALTIES: Mandatory consecutive 2 years in prison;
Not more than $250,000 fine;
Not more than one (1) year term of supervised release